Everett A. Rexford et al., Respondents, *v.* Walter Tanner, Appellant.

Reported below, 134 App. Div. 907.
(Argued May 31, 1910; decided June 7, 1910.)

Motion to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 6, 1909, affirming a judgment in favor of plaintiffs entered upon the report of a referee in an action for waste.

The motion was made upon the ground that the record presented no questions of law for review.

*Franz C. Lewis* for motion.

*A. Frank Jenks* opposed.

Motion denied, with ten dollars costs.